Michael Bongiorno, Esq. (*pro hac vice*)
Steven W. Shuldman, Esq.
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Tel: (212) 295-6566
Fax: (212) 230-8888
Michael.Bongiorno@wilmerhale.com
Steven.Shuldman@wilmerhale.com

Michael Mugmon, Esq. (*pro hac vice*)
Becca Kline, Esq. (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  943604
Tel: (650) 858-6000
Fax: (650) 858-6100
Michael.Mugmon@wilmerhale.com
Becca.Kline@wilmerhale.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re ELECTRONICS FOR IMAGING SECURITIES LITIGATION | 2:17-CV-05992-MCA-MAH <br><br> **Oral Argument Requested** <br><br> **MOTION DATE: July 16, 2018** |

**NOTICE OF MOTION TO DISMISS
PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that on July 16, 2018, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Electronics for Imaging, Inc., Guy Gecht, and Marc Olin ("Defendants") will move before the Honorable Madeline Cox Arleo, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for entry of an Order granting Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument on this motion.

Dated: April 23, 2018

By: /s/ Steven Shuldman

Michael G. Bongiorno (*pro hac vice*)
Steven Shuldman
Wilmer Cutler Pickering
  Hale and Dorr LLP
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6566
Fax: (212) 230-8888
Michael.Bongiorno@wilmerhale.com
Steven.Shuldman@wilmerhale.com

Michael Mugmon (*pro hac vice*)
Becca Kline (*pro hac vice*)
Wilmer Cutler Pickering
  Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6000
Fax: (650) 858-6100
Michael.Mugmon@wilmerhale.com
Becca.Kline@wilmerhale.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2018, I served a copy of the foregoing document through the CM/ECF system upon all counsel of record.

                                                             */s/ Steven Shuldman*
                                                             Steven Shuldman