UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: **ELECTRONICS FOR IMAGING, INC. SECURITIES LITIGATION** | Civil Action No. 17-5992<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Defendants Electronics For Imaging, Inc., Guy Gecht, and Mark Olin's Motion to Dismiss, ECF No. 28, Plaintiffs' Amended Class Action Complaint, ECF No. 27;

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 31st day of January, 2019;

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and the case is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiffs' shall have thirty days within which to file a Second Amended Complaint that addresses the deficiencies identified in the Court's Opinion.

*/s Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**