**CLOSING**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: **ELECTRONICS FOR IMAGING, INC. SECURITIES LITIGATION** | Civil Action No. 17-5992<br><br>**ORDER** |

      **THIS MATTER** comes before the Court by way of Plaintiffs' Notice of Intent Not to File a Second Amended Complaint, ECF No. 42;

      and it appearing that on January 31, 2019, this Court issued an Order dismissing the Amended Complaint without prejudice and granting Plaintiffs leave to file a Second Amended Complaint within thirty days, ECF No. 39;

      and it appearing that on March 4, 2019, Plaintiffs filed the above-referenced Notice of Intent Not to File a Second Amended Complaint;

      **IT IS** on this 13th day of March, 2019;

      **ORDERED** that the matter is hereby **CLOSED**.

                                                          */s Madeline Cox Arleo*
                                                          **HON. MADELINE COX ARLEO**
                                                          **UNITED STATES DISTRICT JUDGE**