# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-1844

In re: Electronics for Imaging

(U.S. District Court No.: 2-17-cv-05992)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 24, 2019
PDB/cc: Michael Bongiorno, Esq.
      Keith R. Lorenze, Esq.
      Michael Mugmon, Esq.
      Mr. William T. Walsh,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate